**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 6, 2014.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-00836-CV

## EE CONSTRUCTION, LLC, EE HOOD & SONS, INC. AND EARL E. HOOD, III, INC., Appellants

## V.

## SUN COAST RESOURCES, INC., Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1028228**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 22, 2013. On January 31, 2014, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.